UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| THEOSHAMOND NORMAN (#47759) | CIVIL ACTION |
|---|---|
| VERSUS | |
| WARDEN HOWARD PRINCE, ET AL. | NO. 10-605-JJB-CN |

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 19, 2011 (doc. no. 40) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion for Default Judgment (doc. no. 39) is DENIED, and the motion of defendant Clyde Spain to set aside entry of default (doc. no. 38) is GRANTED, vacating and setting aside the default entered herein on April 6, 2011. Further, this matter is referred back for further proceedings.

Baton Rouge, Louisiana, May 5, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA