UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEOSHAMOND NORMAN (#407759)

VERSUS

WARDEN HOWARD PRINCE, ET AL.

CIVIL ACTION

NO. 10-605-JJB-CN

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 2, 2011 (doc. no. 49). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims asserted against Cadet Speck are DISMISSED for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the plaintiff's Motion for Summary Judgment (doc. no. 43) is DENIED, and the defendants' Motion for Summary Judgment (doc. no. 45) is GRANTED, DISMISSING the plaintiff's claims asserted against the defendants, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 16th day of December, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA